**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 19-7588**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

AMELIA TURNER,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, District Judge.  (2:09-cr-00003-JPJ-1)

─────────────

Submitted:  March 10, 2020                    Decided:  March 13, 2020

─────────────

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Amelia Turner, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amelia Turner appeals the district court's order denying her 18 U.S.C. § 3582(c)(1)(B) (2018) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Turner*, No. 2:09-cr-00003-JPJ-1 (W.D. Va. July 23, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*